**EXHIBIT 3**



*Brad Broome      General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone:  630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

04/04/2015

Poplar Bluff Industries
Attn: Steve Halter
1111 W Pine St
Poplar Bluff, MO 63901

RE:  Our Insured:       Poplar Bluff Industries
     Claim Number:    CP 16139243
     Policy Number:   84 UUN PY39243
     Policy Eff. Dates: 11/22/14-15
     Date of Loss:    02/21/15
     Loss Reported:   03/17/15
     Writing Co.:     Hartford Fire Insurance Company
     Type of Loss:    Water Damage
     Loc. Of Loss:    1747 Cravens Rd, Poplar Bluff, MO 63901

Dear Mr. Halter,

We are writing you regarding the above referenced claim. We have completed our investigation, calculated the cost of repair, and issued payment for the damaged covered under the terms and conditions of the policy. We have included the repair calculations for you review.

We previously provided you with a copy of the report by Nelson Forensics. It is Nelson's opinion that the moisture distress at the interior of the structure is the result of moisture intrusion through openings which per-existed the reported snow/rain events and were caused by long-term aging and deterioration of the roof covering. It is further Nelson's opinion that the reported snow/rain event did not result in damage to the metal roof panels that would have allowed moisture to penetrate the roof covering. In paraphrasing their conclusion; there is no physical damage to the roof caused by a covered peril.

We do not disagree with Nelson's conclusion. After reviewing the information we have to date, we wish to call your attention to certain portions of the policy contract. Your policy provides in relevant part:

PBI 0048

# PROPERTY CHOICE COVERAGE FORM
## (PROPERTY)

**Form PC 00 10 01 13**

**A. COVERAGE**
We will pay for direct physical loss of or direct physical damage to the following types of Covered Property caused by or resulting from a Covered Cause of Loss.

    **3. Covered Causes of Loss**
    See Property Choice - Covered Causes of Loss and Exclusions Form.

**B. EXCLUSIONS**
See the Property Choice - Covered Causes of Loss and Exclusions Form.

# PROPERTY CHOICE - COVERED CAUSES OF LOSS AND EXCLUSIONS FORM

**Form PC 10 10 01 13**

**A. COVERED CAUSES OF LOSS**
Covered Causes of Loss means direct physical loss or direct physical damage that occurs during the Policy Period and in the Coverage Territory unless the loss or damage is excluded or limited in this policy.

**B. EXCLUSIONS**

    **3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.f.** But if direct physical loss or direct physical damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.
        **a.** Wear and tear, or change in color, texture, or finish;
        **b.** Rust, corrosion, decay, or deterioration;
        **c.** Hidden or latent defect or any quality in property that causes it to damage or destroy itself;
        **d.** Maintenance;
        **e.** Smog; or
        **f.** Shrinkage, evaporation, or loss of weight of "Stock".

As we have previously stated there is no direct physical damage to the roof from a covered peril. The issue with the roof covering allowing water infiltration under certain circumstances is due to the deterioration of the seal between the metal panels.

PBI 0049

We are pleased to inform you that the interior water damage is repairable and covered under the policy. It with regret that we inform you that no payment is due related to the roof.

If you disagree and have information you believe we have not considered please provide it immediately and we will review it and give it due consideration.

Sincerely,


Hartford Fire Insurance Company

Brad Broome
Property General Adjuster

cc: addressee and agent by E-mail



*Prepare. Protect. Prevail.*

*Brad Broome      General Adjuster*
P.O. Box 14271
*Lexington, KY 40512-9907*

*Telephone:  630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

11/11/2016

Poplar Bluff Industries
Attn: Steve Halter
1111W Pine St
Poplar Bluff, MO 63901

**CERTIFIED MAIL # 7003 3110 0006 0977 4114**
**Return Receipt Requested**

|  |  |  |
|---|---|---|
| Reference: | Writing Company: | Hartford Fire Insurance Company |
|  | Insured: | Poplar Bluff Industries |
|  | Loss Location: | 1747 Cravens Rd, Poplar Bluff, MO 63901 |
|  | Policy Number: | 84 UUN PY39243 |
|  | Policy Period: | 11/22/14-15 |
|  | Claim Number: | CP 16139243 |
|  | Loss Reported: | 03/17/15 |
|  | Reported Date of Loss: | 02/21/15 |
|  | Type of Loss: | Water Damage |

Dear Mr. Halter,

We are writing you regarding the above referenced claim. You contacted us on May 18, 2016, approximately one year and 6 weeks after our April 04, 2015 notice to you reporting our findings regarding roof damage and you indicated that you were engaging Stan Williams, as a friend and consultant, to give his opinion on your claim and the condition of the roof. We received Mr. Williams' report on August 2, 2016.

Prior to our April 04, 2015 letter to you we provided you with a copy of the report by Nelson Forensics. Following our review of Mr. Williams' report we engaged S-E-A Forensics to inspect the roof. As you know on October 25, 2016 we met at the referenced building with you, Randy Clark of Nordyne the current owner of the building, Stan Williams of Williams Contractors & Building Consultants, LLC, Adam Scheafbauer of A.P.S. Associates, LLC and inspected the roof again.

PBI 0388



Prepare. Protect. Prevail.

*Brad Broome    General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone:  630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

We have previously sent you, by e-mail, a copy of the S-E-A report.  Their conclusions are listed below.

## CONCLUSIONS

- **S-E-A did not observe any evidence of structural damage to the steel roof deck that could be attributed to the reported snow loading on the roof.**

- **The weather data indicated that the maximum weight of snow on the subject roof from the reported storms was within the Building Code required design snow and roof live loading for that area.**

- **The observed damage to the roof deck was caused by thermal movement of the roof panels, possibly coupled with inadequate installation, not snow loading.**

- **The ongoing nature of the leaks in the roof indicated that the probable cause of the roof leaks was inadequate installation of the metal roof panels and/or long term deterioration of the seals in the roof panel joints.**

Both experts are licensed engineers and agree that that the reported snow/rain event did not result in damage to the metal roof panels that would have allowed moisture to penetrate the roof covering.

PBI 0389



*Prepare. Protect. Prevail.*

*Brad Broome     General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone:  630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

After reviewing the information we have to date, we wish to call your attention to certain portions of the policy contract. Your policy provides in relevant part:

# PROPERTY CHOICE COVERAGE FORM
**(PROPERTY)**
**Form PC 00 10 01 13**

### A. COVERAGE
We will pay for direct physical loss of or direct physical damage to the following types of Covered Property caused by or resulting from a Covered Cause of Loss.

> **3. Covered Causes of Loss**
> See Property Choice - Covered Causes of Loss and Exclusions Form.

### B. EXCLUSIONS
See the Property Choice - Covered Causes of Loss and Exclusions Form.

# PROPERTY CHOICE - COVERED CAUSES OF LOSS AND EXCLUSIONS FORM
**Form PC 10 10 01 13**

### A. COVERED CAUSES OF LOSS
Covered Causes of Loss means direct physical loss or direct physical damage that occurs during the Policy Period and in the Coverage Territory unless the loss or damage is excluded or limited in this policy.

### B. EXCLUSIONS

> **1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage:

PBI 0390



*Prepare. Protect. Prevail.*

*Brad Broome      General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone:  630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

**a. Acts, Errors or Omissions**
Acts, errors or omissions by you or others, whether before or after the acquisition of any Covered Property, in any of the following activities:

**(1)** Planning, zoning, developing, surveying, testing or siting property;

**(2)** Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris; or

**(3)** Any of the following as to any part of land, buildings, roads, water or gas mains, sewers, drainage ditches, levees, dams, other structures or facilities, or to or for any Covered Property:

**(a)**Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction; or

**(b)**Furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading orcompaction.

The Acts, Errors or Omissions Exclusion applies whether or not the property or facilities described above are Covered Property under this policy or on or away from a "Scheduled Premises".
But if direct physical loss or direct physical damage to Covered Property by fire, explosion or "Sprinkler Leakage" results, we will pay for the resulting loss or damage caused by that fire, explosion or "Sprinkler

PBI 0391



**Prepare. Protect. Prevail.**

Brad Broome    General Adjuster
P.O. Box 14271
Lexington, KY 40512-9907

Telephone:  630-692-8339
Facsimile: 866-349-4255

Email: bradley.broome@thehartford.com

THE HARTFORD

Business Insurance
Employee Benefits
Auto
Home

Leakage".

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

> **c. Change of Temperature, Dampness or Dryness**
> **(1)** Dampness or dryness of atmosphere; or
> **(2)** Changes in or extremes of temperature.
>
> **l. Settling, Cracking to Buildings or Structures**
> **(1)** Settling, cracking, shrinking or expansion of buildings or structures, bridges, roadways, walks, patios or concrete or paved surfaces.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.f.** But if direct physical loss or direct physical damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

> **a.** Wear and tear, or change in color, texture, or finish;
> **b.** Rust, corrosion, decay, or deterioration;
> **c.** Hidden or latent defect or any quality in property that causes it to damage or destroy itself;
> **d.** Maintenance;
> **e.** Smog; or
> **f.** Shrinkage, evaporation, or loss of weight of "Stock".

Based upon our experts' findings, our position remains unchanged from our letter to you May 4, 2015 in which we notified you that there is no direct physical damage to the roof from a Covered Cause of Loss.

Sincerely,

Hartford Fire Insurance Company

PBI 0392



*Prepare. Protect. Prevail.*

*Brad Broome      General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone:  630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

Brad Broome
Property General Adjuster

cc: addressee and agent by E-mail

PBI 0393

**Prepare. Protect. Prevail.**

*Brad Broome      General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone: 630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

THE HARTFORD

Business Insurance
Employee Benefits
Auto
Home

3/23/17

Poplar Bluff Industries
Attn: Steve Halter
1111W Pine St
Poplar Bluff, MO 63901

**CERTIFIED MAIL**
**Return Receipt Requested**

| | | |
|---|---|---|
| Reference: | Writing Company: | Hartford Fire Insurance Company |
| | Insured: | Poplar Bluff Industries |
| | Loss Location: | 1747 Cravens Rd, Poplar Bluff, MO 63901 |
| | Policy Number: | 84 UUN PY39243 |
| | Policy Period: | 11/22/14-15 |
| | Claim Number: | CP 16139243 |
| | Loss Reported: | 03/17/15 |
| | Reported Date of Loss: | 02/21/15 |
| | Type of Loss: | Water Damage |

Dear Mr. Halter,

We are writing you regarding the above referenced claim. Mr. Williams contacted us on March 6, 2017 and again on March 20, 2017. In the March 6, 2017 email he stated;

*After reviewing their policy options, the insured is looking into retaining the services of a structural engineer, Rene Dupuis with Structural Research Inc. to determine the proper remedy for making repairs and determining the causation of the damage as it relates to preparing a proper scope of work.*

**E. LOSS PAYMENT AND VALUATION CONDITIONS**

**Specific Property Valuations**.

**4. Value Enhancements**
   **a. Architect and Engineering Fees**

Copyright © 2017 by The Hartford. Classification: Personally Confidential for limited use only. All rights reserved.
No part of this document may be used, reproduced, published or posted without the permission of The Hartford.

PBI 0567



**Prepare. Protect. Prevail.**

*Brad Broome    General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone:  630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

***The value of Covered Property will include reasonable architect and engineering fees you incur in the course of repairing or reconstructing damaged property.***

*Pursuant to their policy, Engineering Fees are a reimbursable expense in determining the causation of damage and its relation to providing a proper remedy for repairs.*

We have reviewed the policy and Mr. Williams is incorrect in his opinion that there is a grant of coverage under the provisions of that portion of the policy.

We remind you that the PC 10 10 01 13, PROPERTY CHOICE – COVERED CAUSES OF LOSS AND EXCLUSIONS FORM, says, in pertinent part;

"A. COVERED CAUSES OF LOSS
         Covered Causes of Loss means direct physical loss or direct physical damage that occurs during the Policy Period and in the Coverage Territory unless the loss or damage is excluded or limited in this policy."

That endorsement provides the coverage grant and also delineates the policy exclusions and limitations.

The language that Mr. Williams cites from the PC 00 10 01 13, Property Choice Coverage Form, is a "LOSS PAYMENT AND VALUATION CONDITION".  It speaks to valuation of covered losses.  It is not an independent coverage grant.  It provides that the loss payment for Covered Property will include the reasonable cost of engineering or architect fees incurred as part of the repair or reconstruction.  It does not provide a separate additional coverage grant for these items.

As you know, we engaged engineers as part of our claim investigation.   Based on the engineering reports, we determined there was no direct physical loss or physical damage to the roof from a Covered Cause of Loss. As no payment is being made for a covered loss to Covered Property, the policy will not provide any coverage for any architect/engineer fees you choose to incur.

We have previously sent you, by e-mail, a copy of the S-E-A report.  For your convenience, their conclusions are listed below.

**CONCLUSIONS**
**● S-E-A did not observe any evidence of structural damage to the steel roof deck**
**that could be attributed to the reported snow loading on the roof.**

**● The weather data indicated that the maximum weight of snow on the subject**

Copyright © 2017 by The Hartford. Classification: Personally Confidential for limited use only. All rights reserved.
No part of this document may be used, reproduced, published or posted without the permission of The Hartford.

PBI 0568



**Prepare. Protect. Prevail.®**

*Brad Broome     General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone:  630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

**roof from the reported storms was within the Building Code required design snow and roof live loading for that area.**

**• The observed damage to the roof deck was caused by thermal movement of the roof panels, possibly coupled with inadequate installation, not snow loading.**

**• The ongoing nature of the leaks in the roof indicated that the probable cause of the roof leaks was inadequate installation of the metal roof panels and/or long term deterioration of the seals in the roof panel joints.**

Both experts are licensed engineers and agree that that the reported snow/rain event did not result in damage to the metal roof panels that would have allowed moisture to penetrate the roof covering.

Our position remains unchanged from our letter to you April 04, 2015 (and reiterated in our letter of November 11, 2016) in which we notified you that there is no direct physical damage to the roof from a Covered Cause of Loss. Those letters cited to the appropriate policy language, and for your convenience, I am attaching copies of those letters.

Sincerely,

Hartford Fire Insurance Company

Brad Broome
Property General Adjuster

cc: addressee, Stan Williams, and agent by E-mail

Copyright © 2017 by The Hartford. Classification: Personally Confidential for limited use only. All rights reserved.
No part of this document may be used, reproduced, published or posted without the permission of The Hartford.

PBI 0569

**Prepare. Protect. Prevail.®**

*Brad Broome     General Adjuster*
*P.O. Box 14271*
*Lexington, KY 40512-9907*

*Telephone: 630-692-8339*
*Facsimile: 866-349-4255*

*Email: bradley.broome@thehartford.com*

THE HARTFORD
Business Insurance
Employee Benefits
Auto
Home

12/19/17

Poplar Bluff Industries
Attn: Steve Halter
1111W Pine St
Poplar Bluff, MO 63901

| Reference: | | |
|---|---|---|
| | Writing Company: | Hartford Fire Insurance Company |
| | Insured: | Poplar Bluff Industries |
| | Loss Location: | 1747 Cravens Rd, Poplar Bluff, MO 63901 |
| | Policy Number: | 84 UUN PY39243 |
| | Policy Period: | 11/22/14-15 |
| | Claim Number: | CP 16139243 |
| | Loss Reported: | 03/17/15 |
| | Reported Date of Loss: | 02/21/15 |
| | Type of Loss: | Water Damage |

Dear Mr. Halter,

We are writing you regarding the above referenced claim. Mr. Williams contacted us on October 24, 2017 and provided a copy of document authored by Mathew Dupuis, PhD PE of SRI Consultants, Inc. Middleton, WI.

Along with S-E-A, Ltd. we have reviewed the report sent to us by Mr. Williams. Our position remains unchanged from our letter to you April 04, 2015 (and reiterated in our letter of November 11, 2016) in which we notified you that there is no direct physical damage to the roof from a Covered Cause of Loss. Those letters cited to the appropriate policy language, and have been provided to you previously on multiple occasions.

Sincerely,

Hartford Fire Insurance Company

Brad Broome
Property General Adjuster

cc: addressee, Stan Williams, and agent by E-mail

*© 2017 by The Hartford. Classification: Personally Confidential for limited use only. All rights reserved.*
*No part of this document may be reproduced, published or used without the permission of The Hartford.*

PBI 0596

| | |
|---|---|
| From: | Broome, Bradley A (Auto and Property Claims) |
| Sent: | Thu 08/23/2018 03:55 PM |
| To: | Shane C. Mecham;Sara J. Spaedy |
| Subject: | Poplar Bluff Industries - Claim No. CP 16139243 [CONFIDENTIAL] |
| Attachments: | Reply to Shane Mecham 8 23 18.pdf |

Good afternoon Shane,

Please see attached letter. Please call or write if you have any questions.

*Hartford Fire Insurance Company*

**Brad Broome**
Property General Adjuster
Major Case
IICRC Certified WTR ASD



The Hartford Financial Services Group, Inc.
P.O. Box 14271
Lexington, KY 40512-9907
W: 630-692-8339
M: 785-215-4959
F: 866-349-4255
www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

Business Insurance
Employee Benefits
Auto
Home

**PRIVILEGED AND CONFIDENTIAL:** This electronic communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify sender immediately by phone, destroy this communication and all copies.

************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
************************************************************

PBI 0511



Prepare. Protect. Prevail.

Brad Broome    General Adjuster
P.O. Box 14271
Lexington, KY 40512-9907

Telephone: 630-692-8339
Facsimile: 866-349-4255

Email: bradley.broome@thehartford.com

THE HARTFORD

Business Insurance
Employee Benefits
Auto
Home

August 23, 2018

Shane C. Mecham, Shareholder
Levy Craig Law Firm
A Professional Corporation
4520 Main Street, Suite 1600
Kansas City, MO 64111

Re:   Insured:            Poplar Bluff Industries
      Claim Number:       CP0016139243
      Policy Number:      84 UUN PY8716
      Date of Loss:       February 21, 2015
      Writing Company:    Hartford Fire Insurance Company
      Line of Business:   Commercial Lines
      Policy/Coverage:    Property

Dear Mr. Mecham,

This letter is in response to your recent letter to Hartford Fire Insurance Company ("Hartford") dated August 15, 2018 threatening litigation in connection with Poplar Bluff Industries' ("Poplar Bluff") claim for snowstorm/rainstorm damage. In that letter, you extended an offer to settle this matter for a total net paid of $9,730,819.60. You also called on August 16, 2018 to confirm we had received all the correspondence you sent and to discuss the possible sequence of events that may occur in our efforts to conclude this matter. Based upon Hartford's review of your correspondence and attachments, Hartford does not accept your demand to settle the claim for $9,730,819.60. Hartford also disagrees with the allegations you raise on behalf of your client regarding the handling and adjustment of this claim. We will address some of these reasons generally below.

At the outset, to the extent you are not aware, Poplar Bluff sold the insured building to its tenant, Norteck Global HVAC, LLC ten (10) months after the reported loss. That sale was completed on or about December 30, 2015 (see attached Special Warranty Deed). We mention this because statements in your letter regarding the amount of time that it will take Poplar Bluff to complete the claimed repairs and their entitlement to business interruption losses during that period seem to indicate that you are not aware of this fact. We also mention this because the sale of the property post-loss to a third-party raises questions concerning the claims being asserted now, including questions about assignment, insurable interest and whether Poplar Bluff sustained any loss from the from the sale of the property. In this regard, we have previously requested the sale documents from Poplar Bluff but they have refused to provide them.

As to the loss, the following will provide you with the pertinent facts and history of the claim. Poplar Bluff reported this claim to Hartford on March 17, 2015, claiming that the roof of its building sustained damage from the weight of snow and ice and that that there was water spots on the ceiling of the warehouse. Hartford retained a building consultant (The Tines Group) and an engineer (Nelsen Forensics) to assist with the investigation in to the claim. A physical inspection of the property occurred on March 26, 2015. As part of the inspection, Nelson interviewed an employee of the building's tenant at the time, Mr. Tony Moore. Mr. Moore reported that that during late February 2015, there were multiple days of snow and rain, with roughly 8" to 10" of snow on the roof. During the storm events, moisture leaked through the roof and into the interior.

PBI 0512

Prepare. Protect. Prevail.

Brad Broome     General Adjuster
P.O. Box 14271
Lexington, KY 40512-9907

Telephone: 630-692-8339
Facsimile: 866-349-4255

Email: bradley.broome@thehartford.com



THE HARTFORD

Business Insurance
Employee Benefits
Auto
Home

During the inspection, Nelson observed that the neoprene washers and butyl strips which prevent moisture from penetrating the roof covering at the end lap seams were deteriorated. Nelson also observed prior repairs (frequently at the end lap seams) which were consistent with prior efforts to mitigate moisture intrusion, indicative of a long-term condition. Past moisture intrusions issues were observed in the interior. Based upon their inspection, Nelson concluded that the moisture intrusion was the result of water entering through the roof system because of the deteriorated condition of the washers and butyl strips. Nelson further concluded that the snow/rain events did not cause damage to the metal roof panels. In Nelson's opinion, the snow/rain events resulted in an occurrence of ice damming on the roof which prevented the water from draining off the roof surface, exposing the deteriorated conditions and resulting in greater moisture intrusion than had previously occurred.

Based upon Hartford's full and complete investigation into the loss, Hartford denied coverage for the roof because there was no physical damage to the roof by a Covered Cause of Loss. Rather, the only damage present to the roof was the result of wear/tear and deterioration, which are excluded causes under the policy. Hartford then sent a copy of the Nelson report to the insured along with a partial denial on May 4, 2015. (Contrary to the assertion in your letter, Hartford did not deny Poplar Bluff's claim prior to receiving the Nelson Forensic report. Hartford's partial denial letter is dated April 4, 2015 in error because it was sent on May 4, 2015 and, in fact, it states in the letter that Hartford previously provided a copy of the Nelson report to Poplar Bluff).

Hartford denied the claim for the roof, however, provided coverage under the policy for the interior water damages to the building. In your letter, you assume that the only reason we provided coverage for the interior is because we determined that there was damage to the roof by a Covered Cause of Loss through which the rain/snow/ice entered. This is not accurate and let me clarify our position to hopefully eliminate any confusion. The policy's Limitation on interior damages from rain, snow, sleet, ice, etc. (Paragraph C.3 on form PC 10 10 01 13 - Property Choice Covered Cause of Loss and Exclusions Form) has two exceptions.

The first is for when the rain, snow, sleet, ice enters the building through damage to the roof or walls by a Covered Cause of Loss. The second is for when "the loss or damage is caused by or results from the thawing of snow, sleet or ice on the building or structure." Because this was an occurrence of ice damming that resulted from the snow and ice, Hartford afforded coverage under this exception to the limitation. This exception does not require damage to the roof by a Covered Cause of Loss and, as stated above, our investigation determined there was none.

Therefore, on May 4, 2015, Hartford issued payment to repair the interior water damages and the damaged insulation in the amount of $92,437.83 after applying the policy's $10,000 deductible. Poplar Bluff was in agreement with the repair estimate and Steve Halter of Poplar Bluff Industries signed and executed a proof of loss on May 27, 2015 in the amount of $92,437.83 (a copy is attached).

Over a year after the claim was closed and settled (and months after Poplar Bluff has sold the property), Mr. Halter provided a letter from Stan Williams of Williams Contractors & Building Consultants, LLC ("WCBC"). Based upon the opinions expressed in WCBC's report, Hartford agreed to send a second engineer to inspect the property, S-E-A Forensics. It was around this time that Hartford discovered that Poplar Bluff sold the building to the tenant, Nortek Global HVAC, LLC in December of 2015.

S-E-A Forensics and Hartford re-inspected the property on October 25, 2016. Also present at that inspection was Mr. Halter, Mr. Williams, Randy Clark of Nordyne and Adam Scheafbauer of A.P.S. Associates, LLC. Subsequent to the inspection, S-E-A's report was provided to Poplar Bluff and we sent a summary of their finding in our letter dated November 11, 2016. In short, S-E-A disagreed with WCBC and found no evidence of damage to the steel

PBI 0513



**Prepare. Protect. Prevail.**

Brad Broome    General Adjuster
P.O. Box 14271
Lexington, KY 40512-9907

Telephone: 630-692-8339
Facsimile: 866-349-4255

Email: bradley.broome@thehartford.com

Business Insurance
Employee Benefits
Auto
Home

roof deck that could be attributed to the reported snow loading on the roof. In addition to deterioration of the seams in the roof panel joints, S-E-A noted some buckling of the panels throughout the roof which S-E-A determined was not due to the weight of snow, but rather attributable to inadequate installation of the panels, coupled with thermal movement from changes in temperature.

S-E-A reviewed WCBC's report prior to issuing its own findings. Based upon S-E-A's conclusions, Hartford sent a letter dated November 11, 2016 reiterating its previous coverage position.

On or about October 24, 2017, Mr. Williams provided Hartford with a report from SRI Consultants, Inc. that concluded, in part, that buckling of the roof panels was the resulting of overloading of snow, rain and ice accumulation in February/March 2015. We had S-E-A review SRI Consultant's report and, based upon that review, they did not agree with SRI's conclusions and that their opinions were the same. Thus, in response to the SRI report we sent a letter to Poplar Bluff dated December 19, 2017 that Hartford's position that there was no direct physical damage to the roof from a Covered Cause of Loss remained unchanged.

In reviewing the chronology of this claim activity, the adjustment process and our coverage decision, Hartford believes that the claim has been handled and adjusted properly and according to the terms and conditions of the policy. As such, we once again uphold our prior position which was most recently provided in our December 19, 2017 correspondence to the insured and their consultant. We therefore respectfully decline your offer to settle this matter for $9,730,819.60.

By this letter, Hartford does not intend to, nor does it waive, alter, invalidate, extend or otherwise offset or prejudice any of its rights under the aforementioned insurance policy, and all rights are specifically reserved.

Should you have any additional questions, please feel free to contact me by phone at 630-692-8339.

Sincerely,

Hartford Fire Insurance Company
Brad Broome
Property General Adjuster

PBI 0514