UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| POPLAR BLUFF INDUSTRIES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:18 CV 213 ACL |
| HARTFORD FIRE INSURANCE COMPANY, et al, | ) ) ) ) |
| Defendants. | ) ) |

# **ORDER**

The Court having been advised by counsel for the Defendants by the filing of Defendants' Pass for Settlement Memorandum (Doc. 75) that the above-referenced case has been settled in its entirety and that it is no longer necessary for the Court to rule on any pending motions,

**IT IS HEREBY ORDERED** that the trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.

Dated this 16th day of October, 2019.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE