UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| POPLAR BLUFF INDUSTRIES, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 1:18 CV 213 ACL |
| vs. | ) ) |
| HARTFORD FIRE INSURANCE CO., et al, | ) ) |
| Defendants. | ) |

## **ORDER**

On November 12, 2019, counsel for the Plaintiff and Defendants filed a Stipulation for Dismissal and Request for Order of Dismissal (Doc. 77), in which the parties stipulate and agree that the cause herein shall be dismissed with prejudice and each party shall bear their own costs.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**.

Dated this 13th day of November, 2019.

*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE